```
               FILED IN THE
            UNITED STATES
          BANKRUPTCY COURT

          2010 MAR 22  PM 4: 25

           DISTRICT OF UTAH
```

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**David Ward**<br>**Jessica Ward**<br>SSN: XXX-XX-0912<br>SSN: XXX-XX-0890<br><br>Debtor(s) | Case No. 08-22407 JAB<br>Chapter 7<br>Trustee Elizabeth R. Loveridge<br>Judge Judith A. Boulden |
|---|---|

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.      On March 17, 2010 the Court approved the trustee's final report and proposed distribution.

2.      Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 4. | Murray City Utilities | PO Box 57919<br>Salt Lake City, UT 84157 | $2.03 |

3.     These funds are on deposit in Bank of America, account number 4437271709.

4.     A check in the amount of Two Dollars and Three ($2.03), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** this 22nd day of March, 2010.

Woodbury & Kesler, P.C.

_____
Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

> Office of the United States Trustee
> Attn: Rayla Meyer
> Ken Garff Building
> 405 South Main Street
> Suite 300
> Salt Lake City, UT 84111
>
> David Ward & Jessica Ward
> 2391 East 3700 South
> Salt Lake City, UT 84109
>
> Barbara P. Hale
> 935 East 7220 South
> Suite D-100
> Midvale, UT 84047

*/s/ Louise Christensen*